

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00383-CV

T.M.                                             APPELLANT

V.

M.M.                                            APPELLEE

------------

### FROM THE 211TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 16-08106-211

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant attempts to appeal the entry of a Final Protective Order by the trial court. Appellant's brief was due February 10, 2017. On March 7, 2017, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing

---

[1]*See* Tex. R. App. P. 47.4.

grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  SUDDERTH, KERR, and PITTMAN, JJ.

DELIVERED:  April 6, 2017